JOHN B. HASTINGS, Respondent, v. C. B. RICHARD, ELLIS & Co., Appellant.—

'Concur — Markewich, J. P., Nunez, Kupferman, Steuer and Tilzer, JJ.

NORMAN H. BURG, Respondent, v. ARCS INDUSTRIES, INC., Appellant.—

Concur — Stevens, P. J., Capozzoli, Markewich, Kupferman and Tilzer, JJ.